```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| NATALIE BAZARAL, | CIVIL ACTION NO. 09-828 (MLC) |
| Plaintiff, | **ORDER & JUDGMENT** |
| v. |  |
| CITY OF NEW BRUNSWICK, et al., |  |
| Defendants. |  |

**THE PLAINTIFF** having voluntarily dismissed the Complaint insofar as it is asserted against each defendant, with prejudice and without fees and costs (see dkt. entry nos. 17-19); and the Court noting that the party named Correct Care Solutions, LLC ("CCS") is incorrectly listed on the docket as a defendant, as the Complaint does not name CCS as a defendant (see dkt. entry no. 1, Compl.); and

**THE PLAINTIFF'S COUNSEL** advising the Chambers of the Magistrate Judge that he does not intend to pursue any claims against CCS (undocketed electronic message from Robert F. Varady, dated 1-25-2010); and thus for good cause appearing;

**IT IS THEREFORE** on this    23rd     day of February, 2010, **ADJUDGED** that the Complaint is **DISMISSED;** and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action insofar as it may be construed to be brought against Correct Care Solutions, LLC, in any capacity as **TERMINATED;** and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED.**

                                   s/ Mary L. Cooper
                                 **MARY L. COOPER**
                                 United States District Judge